**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

**GALLERIA MALL INVESTORS LP, Appellant**

**V.**

**GT DALLAS PROPERTIES, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## ORDER

The Court has before it appellant's October 4, 2013 status report regarding settlement and agreed second motion for extension. The Court **GRANTS** the motion, **ABATES** this appeal until December 3, 2013, and **EXTENDS** the deadline for filing the Clerk's record until December 27, 2013. The Court further **ORDERS** appellant to file, on or before December 3, 2013, either (1) a status report regarding settlement, or (2) a motion to dismiss the appeal.

/s/    ELIZABETH LANG-MIERS
        JUSTICE